IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PETER ALBERT COOKE,

      Appellant,

v.

      Case No. 5D21-2149
      LT Case No. 20-CF-003580-AOR

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Robert Wesley, Public Defender, and
Jared M. Adelman, Assistant Public
Defender, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

SASSO, NARDELLA and WOZNIAK, JJ., concur.